NUMBER
13-06-125-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

________________________________________________________

 

MARY CARMONA,                                                   Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

_________________________________________________________

 

                  On
appeal from the 214th District Court

                           of
Nueces County, Texas.

________________________________________________________

 

                     MEMORANDUM
OPINION

 

              Before
Justices Rodriguez, Castillo and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, MARY CARMONA,
perfected an appeal from a judgment entered by the 214th
District Court of Nueces County, Texas,  in cause number 01-CR-1243-F.  Appellant has filed a motion to withdraw the
notice of appeal.  The motion complies
with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to withdraw
the notice of appeal, is of the opinion that appellant's motion to withdraw the
notice of appeal should be granted. 
Appellant's motion to withdraw the notice of appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and 

filed this the 11th day of May, 2006.